IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYSOL LUA SANCHEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPRINT NEXTEL; NEXTEL OF ) <br> CALIFORNIA; SPRINT, ) <br> ) <br> Defendants. ) | 2:07-cv-02472-GEB-EFB <br><br> <u>ORDER RE: SETTLEMENT</u> <br> <u>AND DISPOSITION</u> |

      At the May 4, 2009 scheduled motion hearing Defendant's counsel informed me that the parties settled this action and a disposition document will be filed in the next 7 to 10 days.

      Therefore, a dispositional document shall be filed no later than May 14, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: May 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1