IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARYSOL LUA SANCHEZ,　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　02:07-cv-02472-GEB-EFB
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　ORDER
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
SPRINT NEXTEL; NEXTEL OF　　　　　 )
CALIFORNIA; SPRINT,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　 )
_____)

　　　　Since this action has settled, it is dismissed.

Dated: May 19, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

1